Monday, December 17, 1990

## MOTION DOCKET

**88-1286.** State v. Jamison. *Hamilton County,* No. C-850753. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 12, 1990.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

Tuesday, December 18, 1990

## MOTION DOCKET

**89-846.** State v. Lott. *Cuyahoga County,* No. 54537. This court received notification from the Supreme Court of the United States that said court on December 10, 1990, entered an order in No. 90-6041, *Gregory Lott* v. *Ohio,* which stated: "On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on August 31, 1990, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States had rendered such final disposition of said petition,

IT IS ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 18th day of March 1991, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

## MISCELLANEOUS DISMISSALS

**90-1930.** American Legion Post 0144 v. Ohio Dept. of Liquor Control. *Franklin County,* No. 90AP-560. Cause dismissed, on appellant's application for dismissal, effective December 13, 1990.

**90-2361.** Monst v. Scioto Twp. *Pickaway County,* Nos. 89CA000021 and 89CA-000022. Cause dismissed, on application of counsel for appellants, effective December 17, 1990.